**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| WAI LIQUIDATING CO., INC., fka WAYFARER AVIATION, INC., a Delaware Corporation, | ) ) ) ) | 2:10-cv-00258-HDM-LRL |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| DIAMOND RESORTS CORPORATION, a Maryland Corporation, | ) ) ) | |
| Defendant. | ) ) | |

Plaintiff filed a notice of name change [#41] on February 3, 2011, in which plaintiff advised that it is now operating under the name "WAI Liquidating Co., Inc." Accordingly, the caption in this action shall be amended to reflect plaintiff's name change.

**IT IS SO ORDERED.**

DATED: This 1st day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

1