Rosemary Taft-Milby, *pro hac vice*
George R. Hicks, Jr., *pro hac vice*
Michael F. Schmitz, *pro hac vice*
Weltman, Weinberg & Reis Co., L.P.A.
323 West Lakeside Avenue, Suite 200
Cleveland, OH 44113
Telephone: (216) 685-1103
Telephone: (216) 685-1108
Telephone: (216) 685-1106
Facsimile: (216) 685-4345
Email: rtaftmilby@weltman.com
Email: ghicks@weltman.com
Email: mschmitz@weltman.com
*Attorneys for Plaintiff WAI Liquidating Co., Inc.*

G. Lance Coburn, Esq.
Nevada Bar No. 6604
Greenberg Traurig, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
E-mail: coburnl@gtlaw.com
-and-
Jason R. Maier, Esq.
Nevada Bar No. 8557
Maier Gutierrez PLLC
2500 West Sahara Avenue, Suite 106
Las Vegas, Nevada 89102
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
Email: jrm@mgalaw.com
*Attorneys for Defendant Diamond Resorts Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WAI Liquidating Co., Inc., fka Wayfarer Aviation, Inc., a Delaware, Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Diamond Resorts Corporation, a Maryland Corporation,<br><br>　　　　　Defendant. | Case No. 2:10-cv-00258-HDM-PAL<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between Plaintiff WAI Liquidating Co., Inc. and Defendant Diamond Resorts Corporation, through their respective attorneys of record, that the above-captioned action be DISMISSED, with prejudice, with each party to bear its own costs, fees and expenses. The parties further stipulate and agree that all pending motions should be VACATED.

Respectfully submitted,

/s/ Rosemary Taft-Milby
Rosemary Taft-Milby, *pro hac vice*
George R. Hicks, Jr., *pro hac vice*
Michael F. Schmitz, *pro hac vice*

*Attorneys for Plaintiff WAI Liquidating Co., Inc.*

/s/ G. Lance Coburn
G. Lance Coburn, Esq.

/s/ Jason R. Maier
Jason R. Maier, Esq.

*Attorneys for Defendant Diamond Resorts Corporation*

IT IS SO ORDERED this 31st day of August, 2011.

_____
DISTRICT JUDGE

**STIPULATION AND ORDER FOR DISMISSAL**